

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2015

No. 04-14-00769-CV

**IN THE INTEREST OF G.C.D.,** a child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00697
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

     In this accelerated appeal of an order terminating the parental rights of each parent, the child's mother and father filed separate notices of appeal and separate briefs. The mother's brief was filed first; the father's brief was filed on January 13, 2015. The State's brief was due on February 2, 2015. *See* TEX. R. APP. P. 38.6(b).

     On January 22, 2015, this court granted the State's first motion for an extension of time to file its brief until February 9, 2015. On February 2, 2015, the State filed a second motion for a thirty-day extension of time to file a second brief until March 4, 2015.

     The State's second motion is GRANTED IN PART. *See id.* R. 38.6(b), (d). The State must file its brief with this court by March 2, 2015. **NO FURTHER EXTENSIONS OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court